UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

In re:                                                       *

                                                            *

      ANNA ZHEN                             *     Case No. 20-19795-LSS

                                                            *     Chapter 7

            Debtor                               *

---

### TRUSTEE'S REPORT OF SALE
### 11721 Brookeville Landing Ct., Bowie, MD 20721

TO THE HONORABLE BANKRUPTCY JUDGE:

      Comes now Michael G. Wolff ("Trustee"), Chapter 7 Trustee of the estate of Anna Zhen (hereafter the "Debtor"), as his Report of Sale, respectfully states as follows:

      1.       This report is filed pursuant to Rule 6004(f) (1).

      2.       The real property was located at 11721 Brookeville Landing Ct., Bowie, MD 20721.

      3.       On July 29, 2021, the Trustee closed on the sale of the Debtor's real property to the Purchaser pursuant to and in accordance with the terms of the Agreement of Sale and the Order of this Court.

      4.       The property was sold to the Purchaser for the contract price of $500,000.00.

      5.       After the payment of the fees to the administrative claimants, taxes, and the costs of sale, the total proceeds paid to the Trustee were $111,145.38. A copy of the ALTA Combined Settlement Statement is attached as Exhibit 'A'.

      6.       As required by the Court's Order, proceeds of the sale were used to satisfy the first lien held by Flagstar Bank in the amount of $344,425.57.

      7.       As required by the Court's Order, proceeds of the sale were used to satisfy the outstanding HOA balance held by Pleasant Prospect Home Owner's Association, Inc. with a balance of $6,498.47.

      8.       As required by the Court's Order, proceeds of the sale were used to satisfy the claim held by Washington Suburban Sanitary Commission and a water escrow in the amount of $1,000.00. On August 17, 2021 the unused amount of $336.84 was returned to the Bankruptcy Estate.

Any questions related to this report should be directed to the undersigned.

DATED:  August 18, 2021 \s\ Michael G. Wolff
Michael G. Wolff, Chapter 7 Trustee
Wolff, & Orenstein, LLC
Shady Grove Plaza, North Lobby
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
T: (301) 250-7232
Trustee@wolawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August, 2021, a copy of the foregoing Report of Sale was sent via CM/ECF to:

- Aaron R. Caruso: arc@abodcarusolaw.com

- Luke Anthony McQueen: lmcqueen@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

- Jeffrey M. Orenstein: jorenstein@wolawgroup.com

- Michael G. Wolff: trustee@wolawgroup.com; mwolff@ecf.axosfs.com; dgodfrey@wolawgroup.com; kdriscoll@wolawgroup.com

- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

*/s/ Michael G. Wolff*
Michael G. Wolff